362 P.2d 528

**Robert R. PETERS, Petitioner,**

v.

**Harold A. COX, Warden, The State of New Mexico, Respondent.**

**No. 6980.**

Supreme Court of New Mexico.

June 8, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied.

362 P.2d 528

**David L. PETERSON, Petitioner,**

v.

**Honorable Samuel Z. MONTOYA, First Judicial District Court Judge, County of Santa Fe, State of New Mexico, Respondent.**

**No. 6977.**

Supreme Court of New Mexico.

June 5, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby granted free process herein; and

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

362 P.2d 528

**Howard L. MILLER, Petitioner,**

v.

**PEOPLE of the State of New Mexico, Respondent.**

**No. 6982.**

Supreme Court of New Mexico.

June 14, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason this Court will not determine the policy of the Board of Commissioners of the State Penitentiary.